**SAXTON MARKET, INC.**
509 Main Street
Saxton, PA 16678
(814) 635-3413

NO. 52949

5/25/2018

PAY TO THE ORDER OF   Kimberly D. Elliott                                    $ **342.20

Three Hundred Forty-Two and 20/100************************************************************ DOLLARS

Kimberly D. Elliott
3564 Baker Drive
Saxton, PA 16678

MEMO  Pay Period: 05/07/2018 - 05/20/2018                                    NON-NEGOTIABLE

## ADVICE OF DEPOSIT

SAXTON MARKET, INC.

Employee
Kimberly D. Elliott, 3564 Baker Drive, Saxton, PA 16678

SSN ***-**-1118
Status (Fed/State): Married using Single Rate/Withhold
Pay Period: 05/07/2018 - 05/20/2018
Allowances/Extra: Fed-0/0/PA-0/0
Pay Date: 05/25/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 49.22 | 8.50 | 419.62 | 3,605.84 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Local EIT | -4.20 | -36.07 |
| LST Tax | 0.00 | -10.00 |
| Federal Withholding | -28.00 | -214.00 |
| Social Security Employee | -26.01 | -223.56 |
| Medicare Employee | -6.08 | -52.28 |
| PA - Income Tax | -12.88 | -110.70 |
| PA - Unemployment Employee | -0.25 | -2.16 |
| | -77.42 | -648.77 |
| Net Pay | 342.20 | 2,957.07 |

**SAXTON MARKET, INC.**
509 Main Street
Saxton, PA 16678
(814) 635-3413

NO. 53041

6/22/2018

PAY TO THE ORDER OF    Kimberly D. Elliott                                $ **313.68

Three Hundred Thirteen and 68/100********************************************************************************

DOLLARS

Kimberly D. Elliott
3564 Baker Drive
Saxton, PA 16678

MEMO  Pay Period: 06/04/2018 - 06/17/2018

ADVICE OF DEPOSIT                    NON-NEGOTIABLE

---

SAXTON MARKET, INC.

Employee
Kimberly D. Elliott, 3564 Baker Drive, Saxton, PA 16678

SSN: ***-**-1118
Status (Fed/State): Married using Single Rate/Withhold
Pay Period: 06/04/2018 - 06/17/2018
Allowances/Extra: Fed-0/0/PA-0/0
Pay Date: 06/22/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 45.02 | 8.50 | 382.78 | 4,426.23 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Local EIT | -3.83 | -44.28 |
| LST Tax | 0.00 | -10.00 |
| Federal Withholding | -24.00 | -268.00 |
| Social Security Employee | -23.74 | -274.43 |
| Medicare Employee | -5.55 | -64.18 |
| PA - Income Tax | -11.75 | -135.88 |
| PA - Unemployment Employee | -0.23 | -2.66 |
|  | -69.10 | -799.43 |

Net Pay    313.68    3,626.80